IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WICKLAND FARMS FOOD PROCESSING, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>INTERNAL REVENUE SERVICE, )<br>)<br>    Defendants, ) | Civil No. 06-1240-HU<br><br>ORDER OF DISMISSAL |

Based upon plaintiff' motion and with the agreement of defendants,

IT IS HEREBY ORDERED that this case is DISMISSED, without prejudice.

DATED this __4th__ of April, 2007.

/s/ Garr M. King
_____
Garr M. King
United States District Judge